# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

\* ADMITTED IN NY
\*\* ADMITTED IN NY AND NJ
\*\*\* ADMITTED IN NY AND CT
\*\*\*\* ADMITTED IN NY AND FLA
\*\*\*\*\* ADMITTED IN NY, NJ AND MD

August 13, 2019

**VIA ECF ELECTRONIC FILING**
Hon. John G. Koeltl, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re: **Building Service 32BJ Health Fund, et al. v. Certified Building Services Inc., Civil Action No. 19-cv-6173**

Dear Judge Koeltl:

Our firm is counsel for the Building Service 32BJ Benefit Funds, the Plaintiffs in this matter. Defendant Certified Building Services Inc.'s ("Defendant") deadline to answer or otherwise respond to the Complaint is August 15, 2019. Today I spoke with Defendant's counsel and the parties are working to, hopefully, resolve this matter without the need for judicial intervention. Toward that end, we ask that Defendant's deadline to answer or otherwise respond be extended to September 16, 2019. There has been no prior request for an extension of this deadline.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

Samuel R. Bloom

cc: Matthew W. Fogleman, Esq. (via electronic mail)