USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/27/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND, et al.

                Plaintiffs,

-v.-

19-cv-6173

STIPULATION OF
VOLUNTARY
DISMISSAL

CERTIFIED BUILDING SERVICES INC.,

                Defendant.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, that the above-captioned action is dismissed without prejudice and without costs in accordance with Rule 41 of the Federal Rules of Civil Procedure,

| | |
|---|---|
| LESTER, SCHWAR, KATZ & DWYER, LLP<br>*Attorneys for Defendant*<br>100 Wall Street<br>New York, New York 10005<br>T: 212-267-5916<br><br>By: *Steven Getzoff*<br>Steven B. Getzoff, Esq.<br><br>Dated: November 26, 2019 | RAAB, STURM & GANCHROW, LLP<br>*Attorneys for Plaintiffs*<br>2125 Center Avenue, Suite 100<br>Fort Lee, New Jersey 07024<br>T: 201-292-0150<br><br>By: _____<br>Samuel R. Bloom, Esq.<br><br>Dated: November 26, 2019 |

THE CONFERENCE FOR NOVEMBER 26, 2019, IS CANCELED. THE CLERK IS DIRECTED TO CLOSE THIS CASE.

SO ORDERED.

11/26/19   /s/ John G. Koeltl
                S O J